AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED
2021 DEC 16 PM 1:07

Manos Pierre
_Petitioner_

v.

Case No. 5:21-cv-584-KKM-PRL
(Supplied by Clerk of Court)

5:21-cv-618-CEM-PRL

WILLIAM "BILLY" WOODS
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Manes Pierre
   (b) Other names you have used: elio bohechio trogonel

2. Place of confinement:
   (a) Name of institution: MARION COUNTY SHERIFF DEPARTMENT
   (b) Address: 692 NW 30th Avenue, Ocala, Florida 34475
   (c) Your identification number: A0259520

3. Are you currently being held on orders by:
   ☐ Federal authorities    ☐ State authorities    ☒ Other - explain:
   I am being held by the MARION COUNTY SHERIFF by order of the state Judge.

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: N/A
      (b) Docket number of criminal case: N/A
      (c) Date of sentencing: N/A
   ☐ Being held on an immigration charge
   ☐ Other (explain): N/A

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   - ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   - ☒ Pretrial detention
   - ☐ Immigration detention
   - ☐ Detainer
   - ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   - ☐ Disciplinary proceedings
   - ☐ Other (explain): __N/A__

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: MARION COUNTY COURTHOUSE [5th District] 110 NW 1st Avenue, Ocala, Florida 34475
   (b) Docket number, case number, or opinion number: 2020-CF-4515
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): After 4 trial continuances, without my consent, and a previous false imprisonments, I exercised Amendments IX, X, and XI against the state; as a result, the STATE OF FLORIDA revoked my bond with indefinite detention.
   (d) Date of the decision or action: September 29, 2021, my 4th pre-trial hearing before trial.

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: MARION COUNTY COURTHOUSE
   (2) Date of filing: October 20, 2021
   (3) Docket number, case number, or opinion number: CASE NO.: 2020-CF-4515
   (4) Result: ORDER DENYING DEFENDANT'S Petition "Writ of Habeas Corpus"
   (5) Date of result: November 1, 2021
   (6) Issues raised: Judge Anthony M. Tatti, chief Judge Daniel B. Merritt Jr., Sheriff William "Billy" Woods, and Assistant State Attorney Esteban Alvarez are co-debtors from a lien that I filed with the Florida Secretary of State, as a remedy for the multiple injuries that I have

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

suffered with the loss of my teaching contracts, Diesel Tech contracts, among others, forcing me into involuntary servitude. Judge Anthony M. Tatti revoked my bond, under color of law, after being recused.

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Chief Judge Daniel B. Merritt Jr. of the 5th Circuit Court of Florida
       (2) Date of filing: November 16, 2021
       (3) Docket number, case number, or opinion number: CASE No: 2020-CF-4515
       (4) Result: My case is pulled out from the Public Records [online Records]
       (5) Date of result: November 16, 2020 [From the courthouse website]
       (6) Issues raised: The Reserved Powers of the People should not be construed as being invalid [Constitution for the United States; Amendments IX, X, XI].

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: 5th District Court of Appeal of Florida
       (2) Date of filing: November 22, 2021
       (3) Docket number, case number, or opinion number: N/A
       (4) Result: Appeal returned, due to the fact Canteen Manager cancelled
       (5) Date of result: 11/30/21 - Postcard is returned [my writing supplies; I used a postcard.
       (6) Issues raised: The Marion County Law Librarian, the Marion county Canteen Manager, the Marion county Sheriff office, the Marion county clerk, the sergeants on duty, along with the Deputy Sheriffs continually

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

denied me the ability to defend myself, as a pro se Litigant, by throwing my requests for copies away, including the forma pauperis form that I had sent to the Law Librarian for copies.

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes   ☐ No   N/A

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes   ☐ No   N/A

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☑ No   N/A

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings? N/A
☐ Yes    ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals? N/A
☐ Yes    ☐ No   N/A

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number: N/A
(3) Result: N/A
(4) Date of result: N/A
(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☒ No   N/A

If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing: N/A
(3) Case number: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: N/A
    (5) Date of result: N/A
    (6) Issues raised: N/A

12. **Other appeals**

   Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

   ☐ Yes    ☒ No   N/A

   If "Yes," provide:
   (a) Kind of petition, motion, or application: N/A
   (b) Name of the authority, agency, or court: N/A
   (c) Date of filing: N/A
   (d) Docket number, case number, or opinion number: N/A
   (e) Result: N/A
   (f) Date of result: N/A
   (g) Issues raised: N/A

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** My Rights under the Constitution for the United States are being violated, denied, and deprived through Judicial Assaults, Judicial Battery, and Judicial Lynching.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Under color of law, my ex who has a severe stage of bi-polar, filed an information with the Marion County Sheriff, alledging that I committed a sexual crime, and then fled to an unknown location to Texas, on October 29, 2020; my life has been upside down ever since.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

GROUND TWO: My Rights to life, liberty, and due process, have been violated without a Grand Jury Indictment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The 5th Amendment for the Constitution of the United States has been violated, under the color of law, resulting in my false imprisonment, 4 continuances of trial without the Alledged victim being present, causing me severe mental distress, loss of economic standing and reputation.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

GROUND THREE: Excessive bail, medical negligence, discrimination, and Hate crime from both the Canteen Manager and a Deputy Sheriff, from the Marion County Jail.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
On October 4, 2021, I suffered Assault and Battery from Corporal S. Prince, from the Marion County Jail, and I was blamed for it, instead of allowing me to file a grievance. After the incident, the Canteen Manager refused to honor my orders; the medical staff refused to care for my ankle injury for 30 days. [Right ankle]

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes   ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Pursuant to the Constitution for the United States' Amendment IX, my Rights are being denied, deprived, and violated.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: Judge Anthony M. Tatti decided to incarcerate me twice, because I decided to ask him a constitutional question, which was, "what is the remedy for my injuries?" I was thrown in jail twice for raising that issue, the second time, I got thrown in jail indefinitely, under color of law, for having exercised Amendments IX and X; I liened him, the chief Judge, and the State Attorney's office.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: The Canteen Manager has consistently denied me the right to order toiletries, snacks, writing supplies, among other things. I have sought relief from the chain of command, to no avail. I am playing safe, at this time, to avoid being forced into starvation, inability to self-Represent, as Pro Se, and more lack of hygiene and Personal Care.

**Request for Relief**

15. State exactly what you want the court to do: I ask the Federal Court to grant Petitioner All Guaranteed Rights, under the Constitution for the United States, including dropping the fictitious sex charge, for failure to prosecute in 4 separate scheduled trials, from February 2021 to October 2021. I ask the Federal Court to also grant this Habeas Corpus, since I have never missed a trial date, or a pre-trial hearing, since the beginning of this unfortunate episode. This is my first time, being framed in court, first time in criminal court. I hope you will consider the reliefs sought in this Habeas Corpus. Thanks for reading my hieroglyphic handwriting!

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

December 13, 2021

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12/13/2021              manes Pierre
                              Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

To Clerk: Please, file stamp this Habeas Corpus, and the attached order. Then, send me a copy.
Thanks in advance!

Pierre. Manes #A0259520
A F 249 B
3290 N.W. 10th Street
Ocala, Florida 34475

INMATE MAIL
INMATE MAIL
INMATE MAIL
INMATE MAIL
INMATE MAIL
INMATE MAIL
SCREENED BY USMS

United States District Court
207 N.W Second Street, #337
Ocala, Fla. 34475-6666



